PAUL V. SIMPSON, BAR NO. 83878
H. ANN LIROFF, BAR NO. 113180
SARAH E. LUCAS, BAR NO. 148713
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, California 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Plaintiff
Gifford Ludwigsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFFORD LUDWIGSEN, <br><br> Plaintiff, <br><br> v. <br><br> NPL CONSTRUCTION CO., a Nevada Corporation, <br><br> Defendant. | Case No. 14-cv-04104 JCS <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT NPL CONSTRUCTION CO. TO RESPOND TO COMPLAINT** |

1  Defendant NPL Construction Co. ("Defendant") and Plaintiff Gifford Ludwigsen

2  ("Plaintiff"), by and through his attorneys of record, HEREBY STIPULATE AND AGREE that

3  the time for Defendant to respond to Plaintiff's Complaint shall be extended to November 7, 2014.

4  This agreement will not alter the date of any event or any deadline already fixed by Court Order.

Date: September 29, 2014          SIMPSON, GARRITY, INNES & JACUZZI
                                  Professional Corporation`

                                  By: /s/ Paul V. Simpson
                                      PAUL V. SIMPSON, BAR NO. 83878
                                      H. ANN LIROFF, BAR NO. 113180
                                      SARAH E. LUCAS, BAR NO. 148713
                                      Attorneys for Plaintiff
                                      Gifford Ludwigsen


Date: September 29, 2014          SHERMAN & HOWARD L.L.C.

                                  By: /s/ John Alan Doran
                                      John Alan Doran
                                      Attorney for Defendant
                                      NPL Construction Co.


I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated:  10/1/14

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

**PROOF OF SERVICE BY MAIL**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is Simpson, Garrity, Innes & Jacuzzi Professional Corporation, 601 Gateway Boulevard, Suite 950, South San Francisco, CA 94080.

On the date indicated below, I served by mail a true copy of the following documents:

**STIPULATION TO EXTEND TIME FOR DEFENDANT NPL CONSTRUCTION CO. TO RESPOND TO COMPLAINT**

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California:

John Alan Doran
Sherman & Howard L.L.C.
201 East Washington Street, Suite 800
Phoenix, Arizona 85004

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 29, 2014, at South San Francisco, California.

/s/ Danielle Monrroy
Danielle Monrroy